IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.   12-cv-00933-CMA-MJW

KRISTIN MCINTOSH,

Plaintiff(s),

v.

WENCO INDUSTRIES, INC., a Colorado corporation doing business as
Midas Muffler Shop, and
TOWER PLAZA II, LLC,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Plaintiff's Unopposed Motion for Continuance and/or in the Alternative to Allow Plaintiff's Counsel to Appear Telephonically at the Scheduling Conference, DN 6, filed with the Court on May 7, 2012, is GRANTED.

It is FURTHER ORDERED that the Amended Motion on Plaintiff's Unopposed Motion for Continuance and/or in the Alternative to Allow Plaintiff's Counsel to Appear Telephonicaly [sic] at the Scheduling Conference, DN 7, filed with the Court on May 7, 2012, is GRANTED.  The Scheduling Conference set on June 8, 2012, at 1:30 p.m., is VACATED and is **RESET on July 30, 2012, at 10:30 a.m.**, in Courtroom A-502, Alfred A. Arraj, United States Courthouse, 901 19th Street, Denver, Colorado, 80294.  The **parties shall appear in person** for the scheduling conference.

It is FURTHER ORDERED that the parties shall file their proposed Scheduling Order with the Court on or before July 24, 2012.

Date:  May 8, 2012