IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.   12-cv-00933-CMA-MJW

KRISTIN MCINTOSH,

Plaintiff(s),

v.

WENCO INDUSTRIES, INC., a Colorado corporation doing business as
Midas Muffler Shop, and
TOWER PLAZA II, LLC,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Plaintiff's Motion for Leave of the Court to Amend the Complaint and to Add TPII L6, LLC as a Defendant and to Dismiss Tower Plaza II, LLC as a Defendant (Docket No. 24) is GRANTED.  Plaintiff is instructed to separately file the Amended Complaint.

Date: November 13, 2012